# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:** 23-42145 |
| **Iron Eagle Inc.** | **Chapter:** 11 |
| 61-1931944 | |
| PO Box 2601 | |
| Wylie, TX 75098 | |
| **Debtor.** | |

## NOTICE OF SUBSTNATIAL CONSUMMATION

**PLEASE TAKE NOTICE** that **Iron Eagle, Inc.** (the "**Debtor**") confirmed *Debtor's Second Amended Plan of Reorganization [Dated June 10, 2024]* [Docket Entry No. 112] ("**Plan**") by order entered October 11, 2024 [Docket Entry No. 130] ("**Order**").

**PLEASE TAKE FURTHER NOTICE** that based upon the provisions of 11 U.S.C. § 1101(2) the Plan has been substantially consummated and notice thereof is hereby provided pursuant to § 1183(c)(2).

Respectfully submitted,

Dated: **January 4, 2025**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T         972-991-5591
F         972-346-6791
**Counsel for Reorganized Debtor**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **4th day of January 2024**. Where possible, service was made electronically via the Court's ECF noticing system, email or via facsimile transmission where an email address or facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

| DEBTOR | |
|---|---|
| **Iron Eagle Inc.**<br>PO Box 2601<br>Wylie, TX 75098 | |

| TRUSTEES | |
|---|---|
| **Office of the United States Trustee**<br>110 North College Avenue, Room 300<br>Tyler, Texas 75702 | **Behrooz Vida**<br>Subchapter V Trustee<br>3000 Central Drive<br>Bedford, TX 76021 |

**SEE ATTACHED MATRIX**

/s/ Robert T. DeMarco
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T   972-578-1400
F   972-346-6791