**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **IRON EAGLE INC.,** | § | Case No. 23-42145 |
| | § | |
| *Debtor.* | § | |

**SECOND AGREED MOTION TO CONTINUE HEARING ON**
**MOTION TO CONVERT TO CHAPTER 7**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Iron Capital Rentals (USA) Inc. ("**Iron Capital**"), by and through its undersigned counsel, hereby files this *Second Agreed Motion to Continue Hearing on Motion to Convert to Chapter 7* (the "**Motion**"), and respectfully states:

1.      On February 25, 2025, Iron Capital filed its Motion to Convert Chapter 11 Case to Chapter 7 Case [ECF No. 152] ("**Motion to Convert**").

2.      The hearing on the Motion to Convert was initially set for March 25, 2025 [ECF No. 154].

3.      On March 24, 2025, the parties filed an Agreed Motion to continue the hearing on the Motion to Convert [ECF No. 159]. The Court granted that motion the same day, resetting the hearing for April 22, 2025 [ECF No. 160].

4.      The parties continue to engage in productive settlement communications. Accordingly, the parties have agreed to continue the hearing by 30 days to permit additional time to attempt a consensual resolution of the Motion to Convert.

5.      Pursuant to 11 U.S.C. § 1112(b)(3), Iron Capital hereby consents to a 30-day continuance of the hearing on the Motion to Convert.

103177655.1

6.      It is the parties' understanding that the next available docket day is May 13, 2025

at 9:30 a.m. The parties request the Court continue the hearing until May 13, 2025.

WHEREFORE Iron Capital Rentals (USA) Inc. respectfully requests the Court enter an

order continuing the hearing on the Motion to Convert to May 13, 2025 at 9:30 a.m.

Dated: April 18, 2025                   Respectfully submitted,

                                        POLSINELLI PC

                                        By: */s/ Michael L. Schuster*
                                            Michael L. Schuster
                                            *Pro Hac Vice (Docket No. 103)*
                                            1401 Lawrence Street, Suite 2300
                                            Denver, CO 80202
                                            Telephone: (720) 931-1188
                                            mschuster@polsinelli.com
                                            ATTORNEYS FOR IRON CAPITAL
                                            RENTALS (USA) INC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2025, I caused the foregoing document to be

filed through the Court's CM/ECF system, which will generate and transmit a Notice of

Electronic Filing to all partis registered to receive such notices in this case.

                        /s/ Michael L. Schuster